ANDRE' BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
BRENT WHITTLESEY
Assistant U.S. Attorney
Financial Litigation Unit
SNB 74394
    Room 7516-AA, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-5900

Attorney for Plaintiff
United States of America

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW N. GARCHOW, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV 10-1177-JST (FMOx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL** |

    Pursuant to the stipulation of the parties, it is hereby ORDERED that this action is dismissed.

DATED: January 18, 2011

                                    **JOSEPHINE STATON TUCKER**
                                    HON. JOSEPHINE STATON TUCKER
                                    United States District Judge